UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARON FARRELL, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV01917 ERW |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, et al., ) | |
| Defendant(s). ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion to Extend Time to Answer [doc. #42]. Defendant Paragon Way, the only remaining Defendant in this action, has requested an additional twenty (20) days to file their answer. Plaintiff agrees to such extension, and requests that the Court grant the extension.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Answer [doc. #42] is **GRANTED**. Defendant Paragon Way must file an answer on or before July 23, 2008.

Dated this 2nd Day of July, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE